

Mike Arias, Esq. (CSB #115385)
Mark A. Ozzello, Esq. (CSB #116595)
Preston A. Marx, III, Esq. (CSB #223862)
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
(310) 670-1600
(310) 670-1231 (Fax)

Attorneys for Class Plaintiffs

FILED
CLERK, US DISTRICT COURT
AUG 19 2003
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANNON CARLIN, an individual, HEATHER O'GREEN, an individual, for themselves on behalf of all employees similarly situated, and as private attorney generals on behalf of the general public.<br><br>Plaintiffs,<br><br>vs.<br><br>NCS PEARSON, INC., a Minnesota corporation; and DOES 1 through 100, inclusive,<br>Defendants. | Case No. 02-8857 RSWL (Mcx)<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>[FILED CONCURRENTLY WITH.<br>(1) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;<br>(2) APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES,<br>(3) DECLARATION OF MARK A. OZZELLO IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; AND (4) PROOF OF SERVICE]<br><br>Date: August 18, 2003<br>Time: 9:00 a.m.<br>Courtroom: 21, 5th Floor |

ENTERED
CLERK, U.S. DISTRICT COURT
AUG 19 2003
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP RULE 77(d)

The Court, having reviewed and considered the Application by counsel for plaintiffs Shannon Carlin and Heather O'Green, Arias, Ozzello & Gignac, LLP ("Class Counsel"), for an order granting award of attorneys' fees and reimbursement of expenses in this action, and finding good cause for the application, hereby orders as follows:

(1) Awarding Arias, Ozzello & Gignac, LLP ("Class Counsel") attorneys' fees for its representation of those Staffing Specialists who are members of "Subclass One", as defined at paragraph II. of the Stipulation and Settlement Agreement of Class Action Claims ("Settlement Agreement"), in an amount to be calculated as ten percent (10%) of the amount which is paid out to each Staffing Specialist who: (a) is a member of Subclass One; (b) consents to join in this action by submitting a timely and properly completed Claim Form/FLSA Consent Form ("Claim Form"); and (c) receives a payment from the Subclass One Payout Fund (presently estimated at $6,561,000) which will be established for the benefit of those members of Subclass One who consent to join in this action.

(2) Awarding Class Counsel attorneys' fees for its representation of those Staffing Specialists who are members of "Subclass Two", as defined at paragraph II. of the Settlement Agreement, in an amount to be calculated as ten percent (10%) of the amount which is paid out to each Staffing Specialist who: (a) is a member of Subclass Two; (b) consents to join in this action by submitting a timely and properly completed Claim Form; and (c) receives a payment from the Subclass Two Payout Fund (presently estimated at $3,052,371) which will be established for the benefit of those members of Subclass Two who do not exercise their right to opt out of Subclass Two.

///
///
///
///

(3) Reimbursing Class Counsel for the reasonable expenses incurred in connection with this action in the amount of $5,000.00.[1]

**IT IS SO ORDERED.**

Dated: 8-18-03

RONALD S W LEW

_____
Honorable Ronald S.W. Lew
United States District Court Judge

Respectfully submitted,

ARIAS, OZZELLO & GIGNAC, LLP

By_____
MIKE ARIAS
MARK A. OZZELLO
PRESTON A. MARX
Attorneys for Class Plaintiffs

---

[1] As discussed in the Memorandum of Points and Authorities, the Notice sent to class members represented that the cost reimbursement would not exceed $5,000.00. Arias, Ozzello & Gignac, LLP has actual costs in the amount of $7,322.34.